# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128049

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NASSAR MAKKI,
      Plaintiff-Appellant,

v

FARMERS INSURANCE EXCHANGE,
      Defendant-Appellee,

and

ROUDTHA MAKKI, Personal Representative of
the Estate of ALEX MAKKI, Deceased, and Next
Friend for NISSRINE MAKKI, AMANDA
MAKKI, and MOHAMMED MAKKI, minors,
      Defendants.

SC: 128049
COA: 249547
Wayne CC: 02-236857-CK

_____/

On order of the Court, the application for leave to appeal the January 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would reverse the decision of the Court of Appeals and remand the case to the trial court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026